**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-31097
Summary Calendar

In The Matter Of:  STEPHEN FRANK HURTSELL,

Debtor.

--------------------------------------------------

STEPHEN FRANK HURTSELL,

Appellant,

VERSUS

LAUREN LEBOEUF CLEMENT; ELIZABETH C. LEBOUEF;
ADRIAN LEBOEUF, JR.,

Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(99-CV-3701-J)

March 29, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    This is an appeal from an Order of the United States District

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Court for the Eastern District of Louisiana which affirmed a Judgment of the Bankruptcy Court of the Eastern District of Louisiana which determined that the debtor in bankruptcy, Stephen Frank Hurstell, was indebted to certain beneficiaries named therein in the amount of $100,000 and that such indebtedness was not dischargeable. We have carefully reviewed the briefs, the record excerpts, the reply brief and relevant portions of the record itself. For the reasons stated by the United States District Judge in his Order and Reasons filed on August 4, 2000, we AFFIRM the Judgment entered on August 14, 2000, and the Amended Judgment entered on August 15, 2000, which affirm the Judgment of the Bankruptcy Court.

**AFFIRMED.**